

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CR 11-1068 ODW

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| v. | ) HEARING ( Fed.R.Crim.P. 32.1(a)(6) |
| Diana Sophia Zamora | ) Allegations of Violations of Probation |
| | ) Supervised Release) |
| | ) Conditions of Release) |
| Defendant. | ) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) (✓) the appearance of defendant as required; and/or

(B) (✓) the safety of any person or the community.

//

//

The court concludes:

A. (X) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_she will cease illegal drug use. Also, defendant's history of supervised release violation suggests danger to the community._

(B) (X) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_defendant has either bail resources or any known sureties. Also, defendant's history of drug use is an indicator of flight risk._

IT IS ORDERED that defendant be detained.

DATED: Dec. 31, 2015

_/s/ John E. McDermott_
JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE

2